Butler, Appellant, *v.* Yellow Cab Company of Philadelphia.

Argued December 3, 1974. *Spencer Ervin, Jr.,* with him *Gratz, Tate, Spiegel, Ervin & Ruthrauff,* for appellant; *James D. Crawford,* with him *Bernard J. Smolens, Susan Carroll,* and *Schnader, Harrison, Segal & Lewis,* for appellee.

Order affirmed; petition for reargument refused March 12, 1975.

VAN DER VOORT, J., absent.

Chestnut Realty Company, Appellant, *v.* Dalsimer's, Inc.

 Argued December 3, 1974. *Alan J. Swotes,* with him *Fineman & Fineman,* for appellant; *A. Martin Herring,* with him *Neil Sagot,* and *Teitelman and Herring,* for appellee.

Order affirmed.

VAN DER VOORT, J., absent.